UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA THOMAS,

    Plaintiff,

v								Case No. _____

                                                                 Hon. _____

FRONTIER AIRLINES, INC.,

    Defendant.

---

| ROBERT A. CANNER, P.C. | TAFT STETTINIUS & HOLLISTER LLP |
|---|---|
| By:   Robert A. Canner (P11572) | Scott R. Torpey (P36179) |
|        Michael Canner (P72777) | Timothy J. O'Connell (P79737) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Frontier Airlines, Inc.* |
| 24423 Southfield Road, Suite 200 | 27777 Franklin Road, Suite 2500 |
| Southfield, MI  48075 | Southfield, Michigan 48034 |
| (248) 552-0400 | (248) 351-3000 |
| (248) 206-0101 (Fax) | (248) 351-3082 (Fax) |
| racpcfirm@gmail.com | storpey@taftlaw.com |
| | toconnell@taftlaw.com |

---

### INDEX OF EXHIBITS TO<br>DEFENDANT FRONTIER AIRLINES, INC.'S NOTICE OF REMOVAL

| *Exhibit* | *Description* |
|---|---|
| A | Complaint |
| B | Frontier's Secretary of State registration details |

4860-9531-0692