UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jessica Thomas

         Plaintiff(s),          Case No. 23-11304

v.          Laurie J. Michelson

Frontier Airlines, Inc.          David R. Grand

         Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Frontier Airlines, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☑     No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Frontier Group Holdings, Inc.
   Relationship with Named Party: Frontier Group Holdings, Inc. is the parent company of Frontier Airlines, Inc.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: June 1, 2023           /s/Scott R. Torpey (P36179)

          Taft Stettinius & Hollister, LLP
          27777 Franklin Road, Suite 2500
          Southfield, Michigan 48034
          (248) 351-3000
          storpey@taftlaw.com