UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA THOMAS,

     Plaintiff,

v                            Case No. 23-11304

                                Honorable Laurie J. Michelson
                                Magistrate David R. Grand

FRONTIER AIRLINES, INC.,

     Defendant.

---

| ROBERT A. CANNER, P.C. | TAFT STETTINIUS & HOLLISTER LLP |
| --- | --- |
| By:   Robert A. Canner (P11572) | Scott R. Torpey (P36179) |
|        Michael Canner (P72777) | Timothy J. O'Connell (P79737) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Frontier Airlines, Inc.* |
| 24423 Southfield Road, Suite 200 | 27777 Franklin Road, Suite 2500 |
| Southfield, MI  48075 | Southfield, Michigan 48034 |
| (248) 552-0400 | (248) 351-3000 |
| (248) 206-0101 (Fax) | (248) 351-3082 (Fax) |
| racpcfirm@gmail.com | storpey@taftlaw.com |
| | toconnell@taftlaw.com |

---

### APPEARANCE OF ATTORNEY TIMOTHY J. O'CONNELL ON BEHALF OF DEFENDANT FRONTIER AIRLINES, INC.

To Clerk of Court:

     PLEASE TAKE NOTICE that Timothy J. O'Connell hereby enters his appearance on behalf of Defendant FRONTIER AIRLINES, INC., in the above-captioned matter.

1

Respectfully submitted:

TAFT STETTINIUS & HOLLISTER, LLP

By:    /s/Timothy J. O'Connell
Scott R. Torpey (P36179)
Timothy J. O'Connell (P79737)
*Attorneys for Frontier Airlines, Inc.*
27777 Franklin Road, Suite 2500
Southfield, MI  48034
(248) 351-3000
(248) 351-3082 (Fax)
storpey@taftlaw.com
toconnell@taftlaw.com

Dated:  June 1, 2023

## CERTIFICATE OF SERVICE

I, Katherine M. Abrignani, state that I am an employee of Taft, Stettinius

& Hollister, LLP, and that on June 1, 2023, I served the foregoing papers and

this ***Certificate of Service*** via the Court's electronic filing system.

/s/Katherine M. Abrignani
Katherine M. Abrignani

4878-6773-0023.v1