UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA THOMAS,<br><br>  Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>  Defendant. | Case No. 23-11304<br>Honorable Laurie J. Michelson<br>Magistrate Judge David R. Grand |

## ORDER REGARDING CONSENT TO MAGISTRATE JUDGE JURISDICTION

In the interest of the prompt and efficient adjudication of this case, the Court orders the parties to meet and confer on whether they are willing to consent to a United States Magistrate Judge conducting all further proceedings. If both parties consent, the federal magistrate judge would effectively act as a federal district judge and any appeals would be taken directly to the United States Court of Appeals for the Sixth Circuit. *See* 28 U.S.C. § 636(c)(1), (3).

If all parties are willing to consent counsel must, within seven days of the date of this order, file a fully executed Notice, Consent and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this order (and is also available in fillable format at:

https://www.mied.uscourts.gov/PDFFIles/Notice_Consent_Ref_MJ_RE.pdf) . Once the form is submitted, the Court will enter a reference order and all further proceedings will be conducted before the Magistrate Judge.

If any party does not consent, the parties must file a joint notice, also within seven days of the date of this order, advising the Court that the parties do not consent. The notice should *not* disclose the identity of the party or parties who do not consent. The parties are free to withhold consent without any negative consequences.

SO ORDERED.

Dated: June 8, 2023

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE