UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA THOMAS,

    Plaintiff,

v.

                                   Case No. 23-11304

                                   Honorable Laurie J. Michelson
                                   Magistrate David R. Grand

FRONTIER AIRLINES, INC.,

    Defendant.

---

| ROBERT A. CANNER, P.C. | TAFT STETTINIUS & HOLLISTER LLP |
|---|---|
| Robert A. Canner (P11572) | Scott R. Torpey (P36179) |
| *Attorneys for Plaintiff* | Timothy J. O'Connell (P79737) |
| 24423 Southfield Road, Suite 200 | *Attorneys for Defendant Frontier* |
| Southfield, MI 48075 | *Airlines, Inc.* |
| (248) 552-0400 | 27777 Franklin Road, Suite 2500 |
| (248) 206-0101 (Fax) | Southfield, Michigan 48034 |
| racpcfirm@gmail.com | (248) 351-3000 |
| | (248) 351-3082 (Fax) |
| | storpey@taftlaw.com |
| | toconnell@taftlaw.com |

---

**JOINT NOTICE REGARDING LACK OF CONSENT TO**
**MAGISTRATE JUDGE JURISDICTION**

Plaintiff Jessica Thomas and Defendant Frontier Airlines, Inc. (collectively, the "Parties"), by and through their respective counsel, and pursuant to the Court's June 8, 2023, Order (ECF No. 5), hereby advise the Court that the Parties do ***not*** consent to a United States Magistrate Judge conducting all further proceedings.

1

4875-4702-1929.v1

Respectfully submitted:

| | |
|---|---|
| ROBERT A. CANNER, P.C. | TAFT STETTINIUS & HOLLISTER LLP |
| By: /s/Robert A. Canner<br>   Robert A. Canner (P11572)<br>*Attorneys for Plaintiff*<br>24423 Southfield Road, Suite 200<br>Southfield, MI 48075<br>(248) 552-0400<br>(248) 206-0101 (Fax)<br>racpcfirm@gmail.com | By: /s/Timothy J. O'Connell<br>   Scott R. Torpey (P36179)<br>   Timothy J. O'Connell (P79737)<br>*Attorneys for Defendant Frontier Airlines, Inc.*<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034<br>(248) 351-3000<br>(248) 351-3082 (Fax)<br>storpey@taftlaw.com<br>toconnell@taftlaw.com |

2