UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA THOMAS,

    Plaintiff.

Case Number: 23-cv-11304
Hon. Laurie J. Michelson

v.

FRONTIER AIRLINES, INC.,

    Defendant.

---

### APPEARANCE OF COUNSEL ON BEHALF OF PLAINTIFF

NOW COMES Solomon M. Radner (P73653), of Radner Law Group PLLC, and hereby appears as counsel on behalf of Plaintiff Jessica Thomas.

Respectfully Submitted,

/s/ Solomon M. Radner
Solomon M. Radner (P73653)
Attorney for Plaintiff
Radner Law Group PLLC
17515 W. Nine Mile Road, Ste 1050
Southfield, MI 48033
T: 877-723-6375
Solomon@RadnerLawGroup.com

DATED:   July 21, 2023

## CERTIFICATE OF SERVICE

The undersigned certifies that on _____7/21/23_____ the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

By      _____ Overnight Courier  _____ Fax            __ E-mailed

         _____ Hand Delivered    _____ U.S. Mail    ___X__ E-filed

         _____ Certified Mail    _____ Scanned      _____ Other

Signature: _/s/_ Solomon M Radner_____