UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA THOMAS,

    Plaintiff.

Case Number: 23-cv-11304
Hon. Laurie J. Michelson

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## **PLAITNIFF'S RESPONSE TO ORDER TO SHOW CAUSE, ECF #10**

NOW COMES Plaintiff, Jessica Thomas, by and through counsel, Solomon M. Radner, and states as follows:

Undersigned counsel appeared on behalf of Plaintiff on July 21, 2023. Plaintiff's Co-counsel, Mr. Canner, does not have MIED credentials and may not have known about ECF #7. Regardless, undersigned counsel has reviewed ECF #9, contacted defense counsel, and awaits further direction from the Court.

    Respectfully Submitted,

    /s/ Solomon M. Radner
    Solomon M. Radner (P73653)
    Attorney for Plaintiff
    Radner Law Group PLLC
    17515 W. Nine Mile Road, Ste 1050
    Southfield, MI 48033
    T: 877-723-6375
    Solomon@RadnerLawGroup.com

DATED:   July 21, 2023

## CERTIFICATE OF SERVICE

The undersigned certifies that on ____7/21/23____ the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings.

By    _____ Overnight Courier  _____ Fax    ____ E-mailed
        _____ Hand Delivered   _____ U.S. Mail  __X___ E-filed
        _____ Certified Mail        _____ Scanned   _____ Other

Signature: _/s/_ Solomon M Radner_____