UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA THOMAS,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

Case No. 23-11304
Honorable Laurie J. Michelson

# SCHEDULING ORDER

This civil case having come before the Court pursuant to Federal Rule of Civil Procedure 16 and the parties having submitted a proposed discovery plan, the Court enters the following schedule to manage the progress of the case:

| EVENT[1] | DEADLINE |
|---|---|
| Amendment of Pleadings | September 22, 2023 |
| Interim Status Conference[2] | December 11, 2023 at 1:00 p.m. |
| Witness Lists Filed | January 22, 2024 |
| Plaintiff's Expert Disclosures | February 5, 2024 |
| Defendant's Expert Disclosures | March 5, 2024 |
| Rebuttal Disclosures | March 19, 2024 |
| Fact Discovery Completed By | March 22, 2024 |
| Expert Discovery Completed By | April 30, 2024 |
| Dispositive Motions Filed By | May 30, 2024 |
| Challenges to Experts | May 30, 2024 |

---

[1] For any events not listed on the Scheduling Order, please refer to Federal Rule of Civil Procedure 26.

[2] To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (313) 261-7355. The system will then provide directions for joining the call; when asked for an access code, use 898 453 178. If possible, please refrain from participating in the conference on a cell phone.

2

| Motions *in Limine* | TBD |
|---|---|
| Joint Proposed Final Pretrial Order (and pretrial submissions) | TBD |
| Final Pretrial Conference | TBD |
| Jury/Bench Trial | TBD |
| Estimated Length of Trial | Two weeks |

As this case progresses, the parties are to continually review this Court's Case Management Requirements found at ECF No. 4.

SO ORDERED.

Dated: September 11, 2023

                                              s/Laurie J. Michelson  
                                              LAURIE J. MICHELSON  
                                              UNITED STATES DISTRICT JUDGE