UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA THOMAS,<br><br>　　Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>　　Defendant. | Case No. 23-11304<br>Honorable Laurie J. Michelson |

## NOTICE OF TELEPHONE CONFERENCE

On February 29, 2024, at 2:00 p.m., the Court will hold a telephone status conference in this matter.

To participate in the conference, dial into the Eastern District of Michigan's telephone conference system at (313) 261-7355. The system will then provide directions for joining the call; when asked for a Conference ID, use 846 680 088. If possible, please refrain from participating in the conference on a cell phone.

Dated: December 12, 2023

　　　　　　　　　　　　　　　　s/Erica Parkin
　　　　　　　　　　　　　　　　Case Manager to
　　　　　　　　　　　　　　　　District Judge Laurie J. Michelson
　　　　　　　　　　　　　　　　(313) 234-5095