UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JESSICA THOMAS,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

Case No. 23-11304

Honorable Laurie J. Michelson
Magistrate David R. Grand

---

| | |
|---|---|
| **RADNER LAW GROUP PLLC**<br>Solomon M. Radner (P73653)<br>*Attorney for Plaintiffs*<br>17515 W. Nine Mile Rd., Ste. 1050<br>Southfield, Michigan 48075<br>(877) 723-6375<br>(866) 571-1020 (Fax)<br>solomon@radnerlawgroup.com | **TAFT STETTINIUS & HOLLISTER LLP**<br>Scott R. Torpey (P36179)<br>Timothy J. O'Connell (P79737)<br>*Attorneys for Defendant Frontier Airlines, Inc.*<br>27777 Franklin Road, Suite 2500<br>Southfield, Michigan 48034<br>(248) 351-3000<br>(248) 351-3082 (Fax)<br>storpey@taftlaw.com<br>toconnell@taftlaw.com |

---

## **FRONTIER AIRLINES, INC.'S WITNESS LIST**

Defendant Frontier Airlines, Inc. ("Frontier" or "Defendant"), by and through its attorneys, Taft Stettinius & Hollister LLP, submits the following as its Witness List:

    1.    Plaintiff Jessica Thomas

130700042v1

2. Employees, agents, and representatives of Frontier Airlines, Inc. including, but not limited to:

   a. Maria Thomas
   b. Lisa Halasi
   c. Jason Soman
   d. Rochelle Hale
   e. Leila Pendleton
   f. Rory Mallo
   g. Chad Sensenig
   h. Gayle Johnson
   i. Andrew Webb
   j. Lorraine Marcelino

3. Employees, agents and representatives of Grand Junction Regional Airport

4. Employees, agents and representatives of Grand Junction Police Department, including but not limited to:

   a. Personnel Gallegos
   b. Personnel Holtz
   c. Personnel Martinez

5. Employees, agents and representatives of City of Grand Junction Fire Department, including but not limited to:

   a. Derek Sjolund
   b. Patrick Taggart
   c. Basil Crespin
   d. Colby Dixon
   e. Jonathan Badger
   f. Daniel Giner-Gomez
   g. Brian Lurvey
   h. Jeremy DeHart
   i. Jacob Long
   j. Brian Clark
   k. Jeremy Musgrave
   l. Mike Kochevar

130700042v1

  m. Casey Mays

6. Employees, agents, and representatives of Plaintiff's treaters, including, but not limited to:
  a. Adebowale O. Adegbenro;
  b. Comprehensive Spine and Sports Center PLLC
  c. DMC Detroit Medical Center
  d. Tracy Threat
  e. Harper Hutzel Hospital
  f. Mercy Primary Care Center

7. Employees, agents, and representatives of Lufthansa Technik, including but not limited to:

  a. Harsha Prakash

8. Employees, agents, and representatives of Michigan Department of Health and Human Services

9. Employees, agents, and representatives of Medicare/Medicaid

10. Employees, agents, and representatives of Michigan Department of Treasury

11. All witnesses necessary to authenticate and provide the foundation for the admission of documents produced in the course of this litigation

12. All necessary rebuttal and/or impeachment witnesses

13. All witnesses identified by Plaintiff, including any amendments to said witness list(s) filed thereafter

14. All witnesses identified during the course of discovery, including but not limited to those identified in any news articles, initial disclosures, depositions, answers to interrogatories, and/or any documents

15. Any and all individuals necessary to authenticate, interpret, identify, and/or introduce any and all exhibits

130700042v1

16. To the extent that they are not named individually on this list, all persons with whom any of the witnesses have discussed the subject matter or other facts of the case

17. All experts that Frontier shall retain and/or disclose

18. All experts that Plaintiff shall retain and/or disclose

19. In addition, Frontier reserves the right to amend and/or supplement this witness list pending the close of discovery for the reason that discovery is ongoing and additional witnesses may become known through the course of discovery.

                Respectfully Submitted:

                TAFT STETTINIUS & HOLLISTER LLP

                /s/Scott R. Torpey
                By:   Scott R. Torpey (P36179)
                Timothy J. O'Connell (P79737)
                *Attorneys for Defendant Frontier Airlines, Inc.*
                27777 Franklin Road, Suite 2500
                Southfield, Michigan 48034
                (248) 351-3000
                (248) 351-3082 (Fax)
                storpey@taftlaw.com
                toconnell@taftlaw.com

Dated:  January 22, 2024

## CERTIFICATE OF SERVICE

I, Katherine M. Janulis, state that I am an employee of Taft Stettinius & Hollister LLP, and that on January 22, 2024, I served the foregoing papers and this *Certificate of Service* via the Court's electronic filing system.

                /s/Katherine M. Janulis
                Katherine M. Janulis

130700042v1