# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JESSICA THOMAS,

      Plaintiff,　　　　　　　　　　Case No. 23-11304

v.　　　　　　　　　　　　　　　　　　Hon. Laurie J. Michelson

　　　　　　　　　　　　　　　　　　　Magistrate Judge David R. Grand

FRONTIER AIRLINES, INC.,

      Defendant.

---

| | |
|---|---|
| RADNER LAW GROUP PLLC<br>Solomon M. Radner (P73653)<br>*Attorney for Plaintiff*<br>17515 W. Nine Mile Rd., Ste. 1050<br>Southfield, MI  48075<br>(877) 723-6375<br>(866) 571-1020 (Fax)<br>solomon@radnerlawgroup.com | TAFT STETTINIUS & HOLLISTER LLP<br>Scott R. Torpey (P36179)<br>Timothy J. O'Connell (P79737)<br>*Attorneys for Defendant Frontier Airlines, Inc.*<br>27777 Franklin Rd., Ste. 2500<br>Southfield, MI  48034-8214<br>(248) 351-3000<br>(248) 351-3082 (Fax)<br>storpey@taftlaw.com<br>toconnell@taftlaw.com |

---

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jessica Thomas and Defendant Frontier Airlines, Inc., by and through their respective undersigned

counsel, hereby stipulate and agree that the above-captioned action be voluntarily dismissed with prejudice and with each party to bear its own fees and costs.

I STIPULATE TO THE ABOVE:

| | |
|---|---|
| /s/ Solomon M. Radner (*w/consent*) | /s/ Scott R. Torpey |
| By: Solomon M. Radner (P73653) | By: Scott Torpey (P36179) |
| *Attorney for Plaintiff* | Timothy J. O'Connell (P79737) |
| 17515 W. Nine Mile Rd., Ste. 1050 | *Attorneys for Defendant* |
| Southfield, MI 48075 | 27777 Franklin Rd., Ste. 2500 |
| (877) 723-6375 | Southfield, MI 48034-8214 |
| solomon@radnerlawgroup.com | (248) 351-3000 |
| | storpey@taftlaw.com |
| | toconnell@taftlaw.com |

Upon the filing and reading of the stipulated order submitted herein, and this Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned action is voluntarily dismissed with prejudice and with each party to bear its own fees and costs.

THIS IS A FINAL ORDER AND CLOSES THIS CASE.

IT IS SO ORDERED.

Dated: May 29, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE